## FITZ'S SYNDIC vs. HAYDEN.

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J., delivered the opinion of the court. The defendant having obtained the court's order for the removal of this case to the court of the United States, the plaintiff urging the insufficiency of the sureties tendered and approved by the court, obtained, on a rule, the recission of the order, and the defendant appealed.

The appellant's counsel contends, that after the order of transfer, the case was no longer under the control of the state court; that the sureties were good, and he was not bound to offer freeholders.

*The state court is judge of the sufficiency of the sureties offered, on an application to remove a case to the court of the United States; and the supreme court will not interfere, if that discretion be properly exercised.*

East'n. District.
*June*, 1826.

FITZ's SYNDIC
*vs.*
HAYDEN.

There is no doubt with us, that notwithstanding the order of transfer, if the court was satisfied that insufficient sureties had been accepted, it might do right on the application of the plaintiff, showing the insufficiency. The court might have ordered an appeal, if required ; and the case was perhaps under its control, till actually transferred to the court of the United States, or removed by appeal

As to the sufficiency of the sureties, a great deal must be left to the discretion of the court, which the law has made the judge of their sufficiency; a court of appeal has but very inferior means of knowledge. We do not mean to say, that this court cannot relieve, in case of an improper exercise of this discretion, but a very strong case must be made to exercise its interference ; and, in that before us, it does not appear the court erred.

It is therefore ordered, adjudged, and decreed that the judgment of the parish court be affirmed, with costs.

*Morse* for the plaintiff, *Ripley & Conrad* for the defendant.